DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTIAN IBANEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1249

[August 29, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562009CF001650B.

James Regan of James Regan Attorney-At-Law, Palm City, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***